[No. 10518-1-III.   Division Three.   March 7, 1991.]

*In the Matter of the Marriage of* IMOGENE SIBERT,
*Respondent, and* VICTOR J. SIBERT,
*Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85-3-02611-8, Thomas E. Merryman, J.,

entered December 14, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.